UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CIVIL ACTION NO. 2:22-cv-00100-DLB-EBA

*Electronically Filed*

ZEPHANIAH GEORGE                      PLAINTIFF

v.        **NOTICE TO TAKE VIDEO DEPOSITION OF**
             **DR. NADEEM HUSSAIN, M.D.**

DOUGLAS SHAFFER, et al.               DEFENDANTS

\*\*\*    \*\*\*    \*\*\*    \*\*\*    \*\*\*

The parties will take notice that counsel for the Defendants, Douglas Shaffer, Individually and Douglas Shaffer, d/b/a Oxeheart Trucking, will take the deposition of the plaintiff's disclosed expert witness, Dr. Nadeem Hussain, M.D., on Friday, August 16, 2024, beginning at 9:00 a.m. Central Daylight Time (10:00 a.m. Eastern), at the offices of Arnold & Itkin, 6009 Memorial Dr., Houston, Texas 77007. The deposition will be conducted pursuant to the Federal Rules of Civil Procedure and will be conducted before a certified court reporter authorized to administer the oath and recorded via video and stenographic means. The deposition will be taken for discovery, for use at trial, and for all other purposes allowed under the Federal Rules of Civil Procedure.

The witness is directed to produce the documents referenced in Exhibit "A" attached hereto.

Respectfully submitted,

STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380
(859) 231-3000
(859) 253-1093 facsimile

By: /s/ Palmer G. Vance II
    Palmer G. Vance II
    gene.vance@skofirm.com

COUNSEL FOR DEFENDANTS,
DOUGLAS SHAFFER, INDIVIDUALLY AND
DOUGLAS SHAFFER, D/B/A
OXHEART TRUCKING

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served through the Court's electronic filing system on this 20th day of June 2024 to the following:

H. Philip Grossman
Abigale Rhodes Green
GROSSMAN GREEN PLLC
2000 Warrington Way, Suite 170
Louisville, KY 40202
COUNSEL FOR PLAINTIFF

Adam D. Lewis
ARNOLD & ITKIN LLP
6009 Memorial Drive
Houston, TX 770007
COUNSEL FOR PLAINTIFF

/s/ Palmer G. Vance II
COUNSEL FOR DEFENDANTS,
DOUGLAS SHAFFER, INDIVIDUALLY, AND
DOUGLAS SHAFFER D/B/A OXHEART
TRUCKING

**EXHIBIT "A"**

**DOCUMENTS REQUESTED**

1. All documents upon which you based your opinions in the matter of *George v. Shaffer, et al.,* United States District Court for the Eastern District of Kentucky, Civil Action No. 22-CV-00100-DLB-EBA.

2. All documents that you relied upon, reviewed, or referred to in preparation of your opinions in the matter *George v. Shaffer, et al.,* United States District Court for the Eastern District of Kentucky, Civil Action No. 22-CV-00100-DLB-EBA.

3. Your entire file in this matter, including but not limited to all billing information, notes, personal files, and any and all reports of any kind generated in connection with this matter.

4. All documents you were given or obtained and any communications received in connection with or pertaining to the matter of *George v. Shaffer, et al.,* United States District Court for the Eastern District of Kentucky, Civil Action No. 22-CV-00100-DLB-EBA.

5. All documents reflecting the amount of compensation the witness receives on an annual basis from January 1, 2019 to the present, for work as an expert witness or expert consultant for litigation, as well as the percentage this compensation comprises of the witness's total annual compensation for each year from January 1, 2019 to the present. See Primm v. Isaac, 127 S.W.3d 630 (Ky. 2004).

6. A comprehensive list of all testimony given either in deposition or trial since January 1, 2019.

7. A current Curriculum Vitae.